UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

1. ERIC MOODY

                Plaintiff(s),

vs.                                      Case Number: 4:19-cv-00091-CVE-FHM

1. TRINITY INDUSTRIES
2. TRINITY CONTAINERS

                Defendant(s).

## STATUS REPORT ON REMOVED ACTION

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. *Note:* Additional sheets may be used as necessary.

**I.   State Court Information**

Identify the court from which the case is being removed.    Court: Tulsa County, Oklahoma
Specify the number assigned to the case in that court.     Number: CJ-2018-03291

**II.   Style of the Case**

Include all termed/dismissed and pending Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third-Party Plaintiff(s), and Third-Party Defendant(s). Indicate the party type and the attorney(s) of record for each party.

| Party(ies) | Party Type | Attorney(s) of Record (OBA #, Law Firm & Address, 10-Digit Phone #) |
|---|---|---|
| Eric Moody | Plaintiff | Hans Otto Lehr, OBA #30622<br>Benjamin Oxford, OBA #22259<br>Oxford Lehr, PLLC<br>9 E. 4th St., Suite 701<br>Tulsa, OK 74103<br>918.884.6016 |
| Trinity Containers[1] ("Arcosa Tank") | Defendant | Stephanie J. Manning, OBA #18741<br>Eva Turner (seeking *pro hac vice*)<br>Ogletree, Deakins, Nash,<br>Smoak & Stewart<br>8117 Preston Road, Suite 500 Dallas, TX 75225<br>214.987.3800 |

---

[1] Neither Trinity Industries nor Trinity Containers are properly named parties to this lawsuit. Plaintiff was previously employed by Trinity Containers, LLC, which is now Arcosa Tank, LLC f/k/a Trinity Containers, LLC. Arcosa, Inc. is now the parent company of Arcosa Tank, LLC f/k/a Trinity Containers, LLC, not Trinity Industries.

| | | |
|---|---|---|
| Trinity Industries | Defendant | Stephanie J. Manning, OBA #18741<br>Eva Turner (seeking *pro hac vice*)<br>Ogletree, Deakins, Nash,<br>Smoak & Stewart<br>8117 Preston Road, Suite 500 Dallas, TX 75225<br>214.987.3800 |

**III.  Jury Demand**

Was a Jury Demand made in State Court?    ☒ Yes    ☐ Yes, but rescinded    ☐ No

| Requesting Party(ies) | Date of Request |
|---|---|
| Plaintiff | 08/06/2018 |
| | |

**IV.  Complaints, Counter-Claims, Cross-Claims, Third Party Complaints, and Intervenor Complaints**

List all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints, and Amended Intervenor Complaints) filed in State Court. Indicate filing party(ies), against whom, and date filed.

| Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiff | Trinity Industries and Trinity Containers | 08/06/2018 |
| | | | |
| | | | |

**V.  Unserved Parties**

List parties not served at time of case removal.

| Unserved Party(ies) | Reason(s) for No Service |
|---|---|
| | |
| | |
| | |

**VI.  Answer**

Was an Answer made in State Court?    Yes ☐    No ☒

If **Yes**, indicate document answered, filing party(ies), and date filed.

| Document Answered | Filing Party(ies) | Date Filed |
|---|---|---|
|  |  |  |

**VII.  Nonsuited, Dismissed or Terminated Parties**

List party(ies) nonsuited, dismissed or terminated from the State Court action. Indicate date of termination/dismissal.

| Nonsuited, Dismissed or Terminated Party(ies) | Date Terminated/Dismissed |
|---|---|
|  |  |
|  |  |
|  |  |

**VIII.  Remaining Claims of the Parties**

List all pending complaint-type documents from Section IV. Indicate filing party(ies), against whom and date filed.

| Pending Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition alleging wrongful discharge in violation of public policy | Plaintiff | Trinity Industries and Trinity Containers | 08/06/2018 |
|  |  |  |  |
|  |  |  |  |

**IX.  Pending Motions**

List all contested pending motions. Indicate filing party(ies) and date filed.

| Pending Motions | Filing Party(ies) | Date Filed |
|---|---|---|
|  |  |  |
|  |  |  |

| | |
|---|---|
| Removing Party(ies): | Arcosa Tank, LLC f/k/a Trinity Containers, LLC |
| Attorney Signature: | */s/ Stephanie Johnson Manning* |
| Printed Name: | Stephanie Johnson Manning |
| OBA Number: | 18741 |
| Law Firm: | Ogletree, Deakins, Nash, Smoak, and Stewart |
| Address: | 8117 Preston Road, Suite 500 |
| City, State, Zip Code: | Dallas, Texas 75225 |
| 10-Digit Phone Number: | 214.987.3800 |
| Facsimile: | 214.987.3927 |
| Email Address: | stephanie.manning@ogletreedeakins.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Name(s) Only:

Hans Otto Lehr
Benjamin Oxford

 

*/s/ Stephanie Johnson Manning*
Stephanie Johnson Manning

37328574.1