# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Eric Moody

           Plaintiff(s)

vs.   Case Number: 4:19-cv-00091-CVE-FHM

Trinity Industries and Trinity Containers

           Defendant(s)

## NOTICE OF PARTY NAME CORRECTION

Notice is hereby given of the following party name correction:

**Incorrect Party Name:** Trinity Containers

**Correct Party Name:** Arcosa Tank, LLC f/k/a Trinity Containers, LLC

/s/ Stephanie J. Manning
Signature

Stephanie J. Manning     18741
Printed Name     Bar Number

Ogletree Deakins Nash Smoak & Stewart, PC
Firm Name

8117 Preston Road, Suite 500
Address

Dallas     TX     75225
City     State     Zip

214-987-3800     214-987-3927
Phone     Fax

stephanie.manning@ogletreedeakins.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  February 19, 2019          (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):  Hans Otto Lehr and Benjamin Oxford, who do not object to this Name Correction.

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

        /s/ Stephanie J. Manning
        Signature