**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ERIC MOODY,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Case No. 4:19-cv-00091-CVE-FHM |
| | ) | |
| **TRINITY INDUSTRIES, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.CP. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Eric Moody, and his counsel, Ben Oxford, Oxford Lehr, hereby dismisses, without prejudice, Defendant Trinity Industries, who has not yet filed an Answer in this matter.

    Respectfully submitted,

/s/ *Benjamin Oxford*
Benjamin Oxford, OBA #22259
9 East 4th Street, Ste. 701
Tulsa, OK 74103
Tel: (918) 884-6016
Fax: (888) 424-7080
ben@oxfordlehr.com
***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 20, 2019, I filed the foregoing with the Clerk of the Court using the ECF filing system, which will send notification of such filing to the following:

 Eva W. Turner
 Stephanie Manning

             s/ *Benjamin Oxford*
             Benjamin Oxford, Esq.